In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00342-CV**
_____

**FRANCISCO A. SALINAS HERNANDEZ, Appellant**

**V.**

**MARIA NAMBO AND HECTOR NAMBO, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-09-12852**

**MEMORANDUM OPINION**

On September 11, 2025, Appellant Francisco A. Salinas Hernandez filed a notice of appeal from a post-judgment enforcement order signed on August 28, 2025, from the 284th District Court of Montgomery County, Texas. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an Invoice for the filing fee for the appeal. By letter dated October 27, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our previous letter. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant.

1

We warned Appellant in our letter, dated October 27, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Wednesday, November 12, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

Appellant has not paid the filing fee for the appeal. Appellant did not file a statement of inability to pay costs in this matter and has not shown that he is entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellants failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id.* 42.3(c). We dismiss the appeal for want of prosecution. *See id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 7, 2026
Opinion Delivered January 8, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.

2